### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### BOWLING GREEN DIVISION

**MICHAEL ADRIAN HOWARD**                                                                 **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 1:22-CV-P148-GNS**

**COMMONWEALTH OF KENTUCKY**                                                   **DEFENDANT**

### MEMORANDUM AND ORDER

Plaintiff Michael Adrian Howard filed the instant *pro se* prisoner civil-rights action pursuant to 42 U.S.C. § 1983. In the complaint, Plaintiff indicates that he is incarcerated at the Greenup County Detention Center (KCDC) and brings suit against the Commonwealth of Kentucky, a Greenup County Circuit Court Judge, a Commonwealth's Attorney, and an Assistant Commonwealth's Attorney. Plaintiff indicates that the individual Defendants are all located in "Greenup, Ky." Plaintiff states that he has been in pretrial incarceration "for 42 months" even though his attorney has filed a "fast and speedy trial motion." He seeks damages and/or dismissal of his state-court case for "Violation of my Constitutional Rights/and Due Process."

There is no special venue statute for § 1983 civil rights actions. Therefore, 28 U.S.C. § 1391 controls. Under 28 U.S.C. § 1391(b), a civil action may be brought in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
>
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Thus, because the individual Defendants presumably reside in Greenup County and the alleged events occurred in Greenup County, proper venue for this complaint lies in the Eastern District of Kentucky, where Greenup County is located. *See* 28 U.S.C. § 97(a).

Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Accordingly, in the interest of justice,

**IT IS ORDERED that the instant action shall be TRANSFERRED to the United States District Court for the Eastern District of Kentucky, Northern Division**, **at Ashland**, pursuant to 28 U.S.C. § 1406(a) for all further proceedings.

All further filings shall be filed with that court. Should further filings be filed in this Court, the Clerk of Court shall transfer the filings to the Eastern District of Kentucky.

Date: November 2, 2022

Greg N. Stivers, Chief Judge
United States District Court

cc: Plaintiff, *pro se*
4416.011